IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Anderson, James C

Printed: 9/30/08

Case Number: 06 B 11426
Judge: Hollis, Pamela S
Filed: 9/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 18, 2008
Confirmed: January 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,790.00 |  |
| Secured: |  | 12,693.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,188.50 |
| Trustee Fee: |  | 907.71 |
| Other Funds: |  | 0.00 |
| Totals: | 16,790.00 | 16,790.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James M Philbrick | Administrative | 1,150.00 | 1,150.00 |
| 2. | Thomas R Hitchcock | Administrative | 2,038.50 | 2,038.50 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Marquette Consumer Finance | Secured | 9,839.54 | 3,396.46 |
| 5. | Cook County Treasurer | Secured | 2,895.81 | 944.25 |
| 6. | HomeComings Financial Network | Secured | 25,974.96 | 8,353.08 |
| 7. | Illinois Dept of Revenue | Priority | 371.56 | 0.00 |
| 8. | Internal Revenue Service | Priority | 858.79 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 422.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 530.53 | 0.00 |
| 11. | T Mobile USA | Unsecured | 153.81 | 0.00 |
| 12. | Capital One | Unsecured | 566.51 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 2,556.50 | 0.00 |
| 14. | Worldwide Financial Capital Bank | Unsecured | 933.33 | 0.00 |
| 15. | Marquette Consumer Finance | Unsecured | 0.00 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 510.34 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 84.70 | 0.00 |
| 18. | T Mobile USA | Unsecured | 833.10 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 638.79 | 0.00 |
| 20. | Jefferson Capital | Unsecured | 1,049.15 | 0.00 |
| 21. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Debt Recovery Solutions | Unsecured |  | No Claim Filed |
| 24. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 25. | First Revenue Assurance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Anderson, James C | Case Number: 06 B 11426 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/30/08 | Filed: 9/13/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Target National Bank | Unsecured | | No Claim Filed |
| 29. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 30. | Wfcb/Blair Catalog | Unsecured | | No Claim Filed |
| 31. | Amercredit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 51,407.92 | $ 15,882.29 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 185.99 |
| 5.4% | 578.07 |
| 6.5% | 143.65 |
| | _____ |
| | $ 907.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

